SELLS ᴇᴛ ᴀʟ. *v.* WELSH, GOVERNOR
OF INDIANA, ᴇᴛ ᴀʟ.

No. 803.  Decided March 30, 1964.

*Lloyd L. DeWester, Jr.* and *J. Albert Woll* for appellants.

*Alan W. Boyd* for appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

O'BRYAN *v.* OKLAHOMA ᴇx ʀᴇʟ. OKLAHOMA
BAR ASSOCIATION.

No. 812.  Decided March 30, 1964.

*William D. Fore* and *W. Howard O'Bryan, Jr.* for appellant.

*Claude H. Rosenstein* for appellee.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.